IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL THOMAS,

      Plaintiff,

v.                                 No. CV 10-0066 MV/WDS

GEORGE TAPIA,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff's pro se Petition For An Emergency Restraining Order (Doc. 1) and Federal Civil Rights Complaint (Doc. 3). Also before the Court are Plaintiff's motions for leave to proceed in forma pauperis ("IFP") (Doc. 6) and for leave to participate in CM/ECF (Doc. 7). Plaintiff was incarcerated when he filed his complaint but has since been released. The IFP motion will be granted, and the motion for leave to participate in CM/ECF will be denied. Notice and waiver of service forms, with copies of the petition and complaint, will be mailed to Defendant Tapia.

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 6) is GRANTED, and the motion to participate in CM/ECF (Doc. 7) is DENIED;

IT IS FURTHER ORDERED that the Clerk is directed to issue notice and waiver of service forms, with copies of the petition and complaint, for Defendant Tapia.

_____
UNITED STATES MAGISTRATE JUDGE